**No. 53357.**—Tropical Craft Corp. et al. *v.* United States, protests 146207–K, etc. (New York).

Opinion by Lawrence, J. It was stipulated that the merchandise consists of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399.) Upon the agreed statement of facts and following the cited authority the items of merchandise

covered by protest 146207–K were held properly dutiable at 20 percent under paragraph 1023, as modified by T. D. 51802, and the items covered by protest 146589–K were held dutiable at 40 percent under said paragraph.